## ULLMAN, STERN & KRAUSSE v. COPPARD.

(Circuit Court of Appeals, Fifth Circuit.  November 12, 1917.)

No. 3077.

BANKRUPTCY ☞303(2), 341—PREFERENCES—ADJUDICATION—WHAT CONSTITUTES.

A judgment of a referee in bankruptcy, disallowing, on objections by the trustee, a claim against the bankrupt's estate, on the ground that the claimant had received a preference, is res judicata on the question of preference, and admissible in evidence in a subsequent suit by the trustee to recover the preference.

In Error to the District Court of the United States for the Western District of Texas; Duval West, Judge.

Suit by M. Coppard, trustee in bankruptcy of the estate of the Ainsworth Mercantile Company, against Ullman, Stern & Krausse.  There was a judgment for plaintiff, and defendant brings error.  Affirmed.

Henry A. Hirshberg and W. H. Kennon, both of San Antonio, Tex., for plaintiff in error.

Jas. D. Crenshaw, of San Antonio, Tex., for defendant in error.

Before WALKER, Circuit Judge, and FOSTER, District Judge.

FOSTER, District Judge.  The only question presented in this case is whether the judgment of the referee, disallowing, on the objections interposed by the trustee in bankruptcy, a claim against the bankrupt estate by plaintiff in error, on the ground that the creditor had received a preference, constituted res adjudicata on the question of preference, and was admissible in evidence in a subsequent suit by the trustee to recover the preference.  The District Court affirmatively so ruled, and with this we concur.

Affirmed.